# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1242
LT Case Nos. 2014-CF-823
2014-CF-821
2014-CF-491
2014-CF-822

_____

IRWIN HICKS, JR.,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Lake County.
G. Richard Singeltary, Judge.

Irwin Hicks, Jr., Arcadia, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.


August 29, 2023


PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____